UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 10 2015
WILLIAM W. BLEVINS
CLERK

Thomas L d'Aquin
Plaintiff

Vs
Denise McElvaery Et Al
Defendant

Notice of Voluntarily Dismissal Pursuant to F.C.R.P.41(a)(1)(A)(i)
Case Number 15-1755

G (2)

Notice of Voluntarily Dismissal Pursuant to F.C.R.P.41(a)(1)(A)(i)

Pursuant to F.C.R.P.41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Thomas L.d'Aquin and or their counsel, hereby give notice that the above captioned action is voluntarily dismissed without prejudice to the defendants Denise McElvaery, Et Al

Date 07/10/2015

Thomas L. d'Aquin
7625 Hickory St.
New Orleans, La 70118
225-614-7100

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____